IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERT ARTEAGA,<br>    Plaintiff | )<br>)<br>) |
| vs. | ) Civil Action No. 07-1422<br>) Judge Maurice B. Cohill, Jr./ |
| LOUIS FOLINO; COL. CAMPBELL;<br>BERTHLOTTE, CO II Correctional Officer<br>    Defendants | ) Magistrate Judge Amy Reynolds Hay<br>)<br>) |

## ORDER

AND NOW, this 24th day of March, 2008, after the Plaintiff, Gilbert Arteaga, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the plaintiff until March 28, 2008 to file written objections thereto, and plaintiff having filed objections with the Court on March 14, 2008, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

  IT IS HEREBY ORDERED that this case is dismissed for failure to prosecute.

  IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                Maurice B. Cohill, Jr.
                MAURICE B. COHILL, JR.
                United States District Judge

cc:  Honorable Amy Reynolds Hay
    United States Magistrate Judge

Gilbert Arteaga
GC-3018
SCI Greene
175 Progress Drive
Waynesburg, PA 15370